[No. 21252–4–I.   Division One.   May 8, 1989.]

*In the Matter of the Marriage of* LOUESE SHELTON,
*Appellant, and* RALPH ROY SHELTON III,
*Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 81–3–08345–9, Norman W. Quinn, J., entered September 29, 1987. *Reversed* by unpublished opinion per Grosse, A.C.J., concurred in by Swanson and Scholfield, JJ.

[Nos. 20243–0–I; 20258–8–I.   Division One.   May 8, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. PEACE CAMILLE CARLSON, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 86–1–02771–4, James J. Dore, J., entered March 23, 1987. *Remanded* by unpublished opinion per Webster, J., concurred in by Swanson and Forrest, JJ.

[No. 11381–3–II.   Division Two.   May 10, 1989.]

JEAN MARIE BRYANT, *Appellant,* v. MARKET MANAGEMENT, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84–2–04041–1, Arthur W. Verharen, J., entered August 27, 1987. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Reed and Worswick, JJ.

[No. 11050–4–II.   Division Two.   May 10, 1989.]

L & O ELECTRIC, INC., *Appellant,* v. ROBERT R. JERBIC, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–2–01610–1, William L. Brown, Jr., J., entered April 17, 1987. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Reed and Worswick, JJ.